THAYER v. RAMONA FARMERS WAREHOUSE CO. (Circuit Court of Appeals, Eighth Circuit. May 6, 1919.) No. 199. Petition to Revise Order of the District Court of the United States for the District of Minnesota. George E. Young, of Minneapolis, Minn., for petitioner. Perry F. Loucks, of Watertown, S. D., and E. P. Allen and Clark R. Fletcher, both of Minneapolis, Minn., for respondent.

PER CURIAM. Petition to revise dismissed by the court for want of prosecution, without costs to either party in this court.

---

THOMPSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 12, 1919.) No. 5271. In Error to the District Court of the United States for the Northern District of Iowa. James E. Williams, of Mason City, Iowa, for plaintiff in error. F. A. O'Connor, U. S. Atty., of Dubuque, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

---

UNITED STATES ex rel. ORMSBY v. PECK, District Judge. (Circuit Court of Appeals, Sixth Circuit. February 13, 1920.) No. 3384. In Error to the District Court of the United States for the Southern District of Ohio. George F. Ormsby, of Cincinnati, Ohio, for petitioner.

PER CURIAM. Order denying petition for writ of mandamus entered.

---

WARE et al. v. COX. (Circuit Court of Appeals, Eighth Circuit. May 5, 1919.) No. 5413. In Error to the District Court of the United States for the Western District of Arkansas. Robert A. Rowe, of Greenwood, Ark., for plaintiffs in error. Chester Holland, of Greenwood, Ark., for defendant in error.

PER CURIAM. Cause docketed, and writ of error dismissed, at the costs of the plaintiffs in error, on motion of defendant in error.

---

WEBB et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 16, 1920.) No. 3394. In Error to the District Court of the United States for the Southern District of Georgia; Wm. Wallace Lambdin, Judge. Criminal prosecution by the United States against Early Webb and others. Judgment of conviction, and defendants bring error. Affirmed. John R. Cooper, of Macon, Ga., for plaintiffs in error. John W. Bennett, U. S. Atty., of Waycross, Ga. Before WALKER, Circuit Judge, and GRUBB and JACK, District Judges.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.

---

WESTERN INDEMNITY CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 12, 1919.) No. 5256. In Error to the District Court of the United States for the Eastern District of Oklahoma. L. J. Roach, of Muskogee, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., of Muskogee, Okl., and J. C. Wilhoit, Sp. Asst. U. S. Atty., of Okemah, Okl.

PER CURIAM. Writ of error dismissed, per stipulation of parties.